IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JANI A. WATSON                                                              PLAINTIFF

vs.                                      CASE NO.  3:06CV00188

ARKANSAS NORTHEASTERN COLLEGE                          DEFENDANT

## ORDER

Pending are Defendant's motion to dismiss, docket # 4, and Plaintiff's response to the motion to dismiss and motion for leave to amend complaint, docket # 6.  For good cause shown, and in the interest of justice, Plaintiff's motion to amend her complaint is GRANTED.  Plaintiff is directed to file her amended complaint within five (5) days of the entry of this order.  Defendant's motion to dismiss is denied as moot.

IT IS SO ORDERED this 15th day of November, 2006.

_____
James M. Moody
United States District Judge