IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JANI A. WATSON                                                                                    PLAINTIFF

vs.                                                   CASE NO.  3:06CV00188

JESSE H. FLEMMING, in his
official capacity as Chairman of
the Board of Trustees for Arkansas
Northeastern College                                                                          DEFENDANT

## ORDER

Pending is the parties joint motion to modify the scheduling order.  (Docket # 15).  For good cause shown, the motion is GRANTED.  The discovery deadline shall be extended up to and including August 13, 2007.  The motions deadline shall be extended up to and including September 10, 2007.

IT IS SO ORDERED this 7th day of June, 2007.

_____
James M. Moody
United States District Judge