IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JANI A. WATSON                                                                PLAINTIFF

vs.                                          CASE NO. 3:06CV00188

JESSE H. FLEMMING, in his
official capacity as Chairman of
the Board of Trustees for Arkansas
Northeastern College                                                          DEFENDANT

## ORDER

Pending is the parties joint motion for voluntary dismissal. (Docket # 18). For good cause shown, the motion is GRANTED. This case is hereby dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 7th day of September, 2007.

_____
James M. Moody
United States District Judge